No. 77–5286.  MORRIS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5294.  CHAPMAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–5299.  LINZY v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 77–5300.  PARKER v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 77–5301.  CASTILE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–5306.  MULLER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5336.  ROBINSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–5342.  PILLA v. ALEXANDER, COMMISSIONER OF INTERNAL REVENUE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 77–5380.  KEARNEY ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–5381.  WHITE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–5393.  DAVIS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–5396.  CARVIN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5410.  FOLKES v. UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 77–5433.  SMOLAR v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.